# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN GOETZ,<br>on behalf of Lawrence Goetz,<br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE[1],<br>Commissioner of Social Security<br><br>　　　　Defendant. | 05CV1069 BTM (JMA)<br><br>ORDER GRANTING MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT [28 U.S.C. §2412(d)] |

Good cause appearing, **IT IS ORDERED** that the joint motion of the parties, for Attorney fees in the amount of $4,000.00, payable to Thomas G. Roche, be granted.

**IT IS SO ORDERED**.

DATED: April 19, 2007

_____
Hon. Barry Ted Moskowitz
United States District Judge

---

[1] Michael J. Astrue became the Commissioner of Social Security February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure Michael J. Astrue should be substituted, therefore, for Commissioner Jo Anne B. Barnhart, as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).